The Chicago and Northwestern Railway Company

*v.*

The Village of Elmhurst.

*Filed at Ottawa November 9, 1896—Rehearing denied March 3, 1897.*

This case is governed by the decision in the case of *Chicago and Northwestern Railway Co. v. Village of Elmhurst,* (*ante,* p. 148,) the ques-tions involved being the same.

Appeal from County Court of DuPage county; the Hon. C. A. Bishop, Judge, presiding.

A. W. Pulver, (Lloyd W. Bowers, of counsel,) for appellant.

F. J. Griffin, (N. G. Moore, of counsel,) for appellee.

Per Curiam: This is an appeal from an order of the county court overruling appellant's objections and con-firming a special tax levied upon a part of appellant's depot grounds, and adjoining right of way, to pay for the cost of improving Bates street, in the village of Elmhurst, which runs parallel with and adjoining the property taxed. The questions involved are the same as those disposed of in the two cases of the same title heretofore reported, (*ante,* pp. 148 and 184.) Those cases control this case and are decisive of it.

The judgment of the county court is affirmed.

*Judgment affirmed.*